**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ABIRA MEDICAL LABORATORIES, LLC D/B/A GENESIS DIAGNOSTICS,<br><br>Plaintiff,<br><br>v.<br><br>CAREFIRST OF MARYLAND INC. d/b/a BLUE CROSS AND BLUE SHIELD OF MARYLAND, GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., ABC COMPANIES 1-100, and JOHN DOES 1-100,<br><br>Defendants. | Civil Action No. |

**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants CareFirst of Maryland Inc. ("CFMI") and Group Hospitalization and Medical Services, Inc. ("GHMSI") certify as follows:

CFMI is a private, non-governmental Maryland corporation with its principal place of business in Maryland. Group Hospitalization and Medical Services, Inc. is an entity formed by an act of Congress with its principal place of business in Washington, D.C.

CFMI and GHMSI are direct, wholly owned subsidiaries of CareFirst, Inc., a not-for-profit Maryland corporation with its principal place of business in Maryland. No publicly held corporation owns 10% or more of CareFirst, Inc.'s stock.

*[Signature follows on next page]*

Dated: March 1, 2024

Respectfully submitted,

By: */s/ Christopher M. Brolley*

Christopher M. Brolley (PA Bar No. 322851)
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
(215) 981-4000
christopher.brolley@troutman.com

*Counsel for Defendants CareFirst of Maryland Inc. and Group Hospitalization and Medical Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Christopher M. Brolley*
Christopher M. Brolley