IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics | : | Civil Action |
| v. | : | |
| | : | |
| CareFrist of Maryland Inc. d/b/a Blue Cross and Blue Shield of Maryland; Group Hospitalization and Medical Services, Inc.; ABC Companies 1-100 et al | : | No.: 2:24-cv-00917-MRP |

ORDER

AND NOW, this ______ day of ______________ 20 24 , it is hereby

ORDERED that the application of Valerie Sirota, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.[1]

☐ DENIED.

_________________________________
, J.

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OFPENNSYLVANIA

Civil Action No# 2:24-cv-00917-MRP

***APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)***

I. APPLICANT'S STATEMENT

I, Valerie Sirota the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number____________, for the $75.00 admission fee.

*A. I state that I am currently admitted to practice in the following state jurisdictions:*

| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| New York | 8/3/2011 | 4916599 |
| New Jersey | 11/18/2020 | 028332010 |
| | | |

*B. I state that I am currently admitted to practice in the following federal jurisdictions:*

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| D.N.J. | 6/1/2011 | |
| E.D.N.Y. | 3/16/2012 | |
| S.D.N.Y. | 3/20/2012 | |

United States Court of Appeals for the Second Circuit - Admitted 9/12/2012

*C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*
Defendants Community Insurance Company d/b/a Anthem Blue Cross and Blue Shield and their affiliates

Valerie Sirota
(Applicant's Signature)

03/01/2024
(Date)

Name of Applicant's Firm: Troutman Pepper Hamilton Sanders LLP

Address: 875 Third Avenue, New York, NY 10022

Telephone Number: (212) 704-6067

Email Address: valerie.sirota@troutman.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/26/2024
(Date)

Valerie Sirota
(Applicant's Signature)

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned hereby moves for the admission of Valerie Sirota to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Nicole ElMurr | s/ Nicole ElMurr | 07/13/2022 | 327274 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Troutman Pepper Hamilton Sanders LLP

3000 Two Logan Square, 100 N. 18th Street

Philadelphia, PA 19103

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/26/2024 (Date)

s/ Nicole ElMurr
(Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| CareFirst of Maryland Inc. d/b/a Blue Cross and Blue Shield of Maryland et al. | : | No.: 2:24-cv-00917-MRP |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Valerie Sirota, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

The application was electronically filed with this Court via ECF which will electronically serve counsel for all parties with this application.

Valerie Sirota
(Signature of Attorney)

Valerie Sirota
(Name of Attorney)

Nicole ElMurr
(Name of Moving Party)

03/26/2024
(Date)