IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABIRA MEDICAL LABORATORIES, LLC,<br><br>        *Plaintiff*,<br><br>  v.<br><br>CAREFIRST OF MARYLAND INC., ET AL.,<br><br>        *Defendants*. | CIVIL ACTION<br><br>No. 24-0917 |

## ORDER

AND NOW, this 23rd day of April, 2025, for the reasons in the accompanying memorandum, I **grant in part** Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (ECF 20) and **dismiss** the case without prejudice. I nevertheless retain jurisdiction to consider sanctions at a hearing to be scheduled.

             By The Court:

             *s/ Catherine Henry*
             Catherine Henry, J.