**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ABIRA MEDICAL LABORATORIES, LLC**<br><br>**v.**<br><br>**CAREFIRST OF MARYLAND INC, *et al.*** | **CIVIL ACTION**<br><br>**No. 24-0917** |

**<u>ORDER</u>**

**AND NOW**, this 21st day of January, 2026, it is hereby **ORDERED** that the hearing at which sanctions were to be considered is **CANCELED** and jurisdiction thereto is withdrawn. *See* Order of April 23, 2025.

The Clerk is **DIRECTED** to mark this case closed.

**BY THE COURT:**

s/ Catherine Henry
**CATHERINE HENRY, J.**